UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSHUA CROCKETT,**

        **Plaintiff,**

**v.**                                  **Case No.  6:24-cv-1271-CEM-DCI**

**ORANGE COUNTY BOARD OF
COUNTY COMMISSIONERS,**

        **Defendant.**

_____/

## ORDER

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal (Doc. 45). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 28, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party